174 So. 901

**Jabe JONES v. CITY OF TUSCALOOSA.**

**6 Div. 101.**

Court of Appeals of Alabama.

April 22, 1937.

PER CURIAM.

Appeal dismissed for want of prosecution.

173 So. 921

**Howard JONES v. STATE.**

**8 Div. 460.**

Court of Appeals of Alabama.

Jan. 26, 1937.

BRICKEN, Presiding Judge.

Appeal dismissed.

174 So. 901

**Lester JONES v. STATE.**

**6 Div. 107.**

Court of Appeals of Alabama.

May 11, 1937.

RICE, Judge.

Affirmed.

167 So. 921

**Sanders JONES v. STATE.**

**4 Div. 191.**

Court of Appeals of Alabama.

Jan. 14, 1936.

Rehearing Denied March 17, 1936.

Mooneyham & Mooneyham, of Montgomery, for appellant.

A. A. Carmichael, Atty. Gen., for the State.

BRICKEN, Presiding Judge.

Affirmed.

173 So. 921

**J. Shelby JONES v. STATE.**

**4 Div. 265.**

Court of Appeals of Alabama.

Nov. 17, 1936.

Rehearing Stricken Dec. 15, 1936.

L. H. Walden, of Montgomery, for appellant.

A. A. Carmichael, Atty. Gen., for the State.

BRICKEN, Presiding Judge.

Affirmed.

167 So. 921

**John JOSEPH, alias Maxie, v. STATE.**

**1 Div. 196.**

Court of Appeals of Alabama.

Oct. 29, 1935.

Rehearing Denied March 17, 1936.

W. C. Taylor, of Mobile, for appellant.

A. A. Carmichael, Atty. Gen., for the State.

RICE, Judge.

Affirmed.